2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 AARON DESHAWN WARE,

Defendant.

_____/

Case:2:12-cr-20464
Judge: Murphy, Stephen J.
MJ: Michelson, Laurie J.
Filed: 07-17-2012 At 02:46 PM
INFO USA V AARON DESHAWN WARE (LG)

VIO:   8 U.S.C. § 1324

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(8 U.S.C. §1324(a)(1)(A)(ii)- Transporting
an illegal alien within the United States of America)

On or about October 16, 2010, in the Eastern District of Michigan, Southern Division, the defendant, AARON DESHAWN WARE, knowing and in reckless disregard of the fact that a certain alien, Bobby Reid, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

BARBARA L. McQUADE
United States Attorney

s/ Ronald W. Waterstreet
RONALD W. WATERSTREET
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9100
Email: ronald.waterstreet@usdoj.gov

Date: July 17, 2012

1

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | Case:2:12-cr-20464<br>Judge: Murphy, Stephen J.<br>MJ: Michelson, Laurie J.<br>Filed: 07-17-2012 At 02:46 PM<br>INFO USA V AARON DESHAWN WARE (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

## Reassignment/Recusal Information This matter was opened in the USAO prior to August 15, 2008  **[  ]**

| **Companion Case Information** | |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Companion Case Number:** 11-20045 |
| | **Judge Assigned:** Cleland |
| ☐ **Yes**      X **No** | **AUSA's Initials:** RWW |

**Case Title:** USA v.   AARON DESHAWN WARE

**County where offense occurred :**   St. Clair County

**Check One:**        **X Felony**              ☐ **Misdemeanor**                ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/_X_Information --- based upon prior complaint [Case number: 10-30428]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

- ☐ Original case was terminated; no additional charges or defendants.
- ☐ Corrects errors; no additional charges or defendants.
- ☐ Involves, for plea purposes, different charges or adds counts.
- ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 17, 2012
Date

RONALD W. WATERSTREET
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9100
Fax: (313) 226-3413
E-Mail address: ronald.waterstreet@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09